149 F.3d 1165
 78 Fair Empl.Prac.Cas. (BNA) 512
 Charles T. Tyson, Carolyn L. Tyson
v.
Cigna Corporation, Ina Financial Corproation, Insurance
Company of North America, Gerald A. Isom, Richard C.
Franklin, J. Raymond Caron, Mike F. Natan, Steven E. Curd,
Bryan H. Nolan, Bobbie D. Adams, Kevin H. Dark, Bernard
McAllister, Michael Gallagher, Joseph C. Allegra, Does A through Z
 NO. 97-5221
 United States Court of Appeals,
Third Circuit.
 March 3, 1998
 
 1
 Appeal From: D.N.J. ,No.95cv03362 ,
 
 918 F.Supp. 836
 
 2
 Affirmed.